UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED FILED

MAR 13 2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 4:24CR104 MTS/SPM |
| REGINALD SMITH, ) | |
| DELANCE BLAND, JR., ) | |
| KEVIN BURROW, and ) | |
| TAMIKA PATTERSON, ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 9, 2023, within the Eastern District of Missouri,

**KEVIN BURROW,**

did knowingly and intentionally possess with the intent to distribute fentanyl and cocaine base ("crack"), which are each Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about October 9, 2023, within the Eastern District of Missouri,

**KEVIN BURROW,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute a fentanyl and cocaine base ("crack"), which are each Schedule II controlled substances, as set forth in Count One.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT THREE

The Grand Jury further charges that

On or about December 5, 2023, within the Eastern District of Missouri,

**REGINALD SMITH,**

the defendant herein, did knowingly possess one or more machine guns, that is, conversion devices designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o).

## COUNT FOUR

The Grand Jury further charges that:

Between December 5, 2023, and continuing through February 7, 2024, within the Eastern District of Missouri,

**REGINALD SMITH,**

the defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT FIVE

The Grand Jury charges that:

Beginning on or about December 11, 2023, and continuing up to the date of the Indictment, with the exact dates unknown, within the Eastern District of Missouri, and elsewhere,

**KEVIN BURROW and**
**TAMIKA PATTERSON,**

did knowingly and willfully conspire, combine, confederate and agree together with other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in excess of 50 grams.

In violation of Title 21, United States Code, Section 846.

## COUNT SIX

The Grand Jury further charges that:

On or about December 13, 2023, within the Eastern District of Missouri,

**KEVIN BURROW,
TAMIKA PATTERSON, and,
REGINALD SMITH,**

the defendants herein, aiding and abetting each other, did knowingly and intentionally distribute a controlled substance; to wit, methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT SEVEN

The Grand Jury further charges that:

On or about December 18, 2023, within the Eastern District of Missouri,

**KEVIN BURROW, and,
TAMIKA PATTERSON,**

the defendants herein, aiding and abetting each other, did knowingly and intentionally distribute a controlled substance; to wit, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in excess of 50 grams.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(B).

## COUNT EIGHT

The Grand Jury further charges that:

On or about December 19, 2023, within the Eastern District of Missouri,

**REGINALD SMITH,**

the defendant herein, did knowingly possess one or more machine guns, that is, conversion devices designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o).

## COUNT NINE

The Grand Jury further charges that:

On or about January 8, 2024, within the Eastern District of Missouri,

**REGINALD SMITH,**

the defendant herein, did knowingly possess one or more machine guns, that is, conversion devices designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o).

## COUNT TEN

The Grand Jury further charges that:

On or about January 16, 2024, within the Eastern District of Missouri,

**KEVIN BURROW, and,**
**TAMIKA PATTERSON,**

the defendants herein, aiding and abetting each other, did knowingly and intentionally distribute a controlled substance; to wit, methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT ELEVEN

The Grand Jury further charges that:

On or about February 1, 2024, within the Eastern District of Missouri,

**REGINALD SMITH,**

the defendant herein, did knowingly possess one or more machine guns, that is, conversion devices designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o).

## COUNT TWELVE

The Grand Jury further charges that:

On or about February 7, 2024, within the Eastern District of Missouri,

**REGINALD SMITH, and,**
**DELANCE BLAND, JR.,**

the defendants herein, did knowingly possess one or more machine guns, that is, conversion devices designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o).

## COUNT THIRTEEN

The Grand Jury further charges that:

On or about February 14, 2024, within the Eastern District of Missouri,

**KEVIN BURROW,**

the defendant herein, did knowingly and intentionally distribute a controlled substance; to wit, methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN

The Grand Jury further charges that:

On or about March 4, 2024, within the Eastern District of Missouri,

**KEVIN BURROW,**

the defendant herein, did knowingly and intentionally distribute a controlled substance; to wit, methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586(KY)
Assistant United States Attorney